| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| A 2004 PONTIAC GRAND PRIX ) | 7:14-CV-212-BO |
| *VIN: 2G2WR544541371339, and any and all* ) | |
| *proceeds from the sale of the property,* ) | |
| ) | |
| Defendant, ) | |
| ) | |
| JASON A. MATHENA, ) | |
| ) | |
| Claimant. | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that: Plaintiff's motion [DE 12] is granted and default judgment is entered against the defendant; All persons claiming any right, title, or interest in or to the said defendant currency are held in default; The defendant is forfeited to the United States of America; and the United States Department of Justice is hereby directed to dispose of the defendant according to law.

This case is closed.

**This judgment filed and entered on August 18, 2015, and served on:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)

Jason A. Mathena (via US Mail to 1502 Bertram Drive, Carolina Beach, NC 28428)

JULIE RICHARDS JOHNSTON, CLERK

August 18, 2015

*Lindsay Romine*
By: Deputy Clerk